| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | BENJAMIN A. GERSON, NY SBN #5505144<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>QUINLYN SIMMONS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00261 |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; TERMINATE PROBATION; DISMISS; ORDER** |
| vs. | |
| QUINLYN SIMMONS, | Date: March 10, 2020<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Quinlyn Simmons, hereby stipulate and jointly move this Court to vacate the review hearing scheduled for March 10, 2020, terminate Ms. Simmons' term of probation and dismiss pursuant to 18 U.S.C. § 3607(a).

On August 20, 2019, Ms. Simmons pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Simmons a deferred entry of judgment under 18 U.S.C. § 3607(a). Ms. Simmons was sentenced to 8 months of unsupervised probation, a $300.00 fine and directed to complete 30 hours of community service. As of the instant filing, Ms. Simmons has complied with all terms of her probation. The parties now move the court to vacate the review hearing scheduled for March 10, 2020, and terminate Ms. Simmons' term of probation.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Ms. Simmons further requests that the Court, without entering a judgment of conviction, dismiss the proceedings.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: March 2, 2020  */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: March 2, 2020  */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
QUINLYN SIMMONS

ORDER

Pursuant to 18 U.S.C. § 3607(a), the court hereby vacates the March 10, 2020 review hearing, terminates Ms. Simmons' term of probation, and dismisses the proceedings against Ms. Simmons, Case No. 6:19-po-00261.

IT IS SO ORDERED.

Dated: March 2, 2020

*[signature: Jeremy Peterson]*
UNITED STATES MAGISTRATE JUDGE